UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01736-JDE | Date | October 5, 2026 |
| Title | Miriam Maldonado v. The Wright Agency, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to Prosecute

On July 6, 2026, Miriam Maldonado ("Plaintiff") filed a Complaint against two named defendants ("Defendants") and ten "DOE" defendants. Dkt. 1 ("Complaint"). On July 31, 2026, Plaintiff filed proofs of service purporting to reflect service of process upon each of the Defendants on July 21, 2026. Dkt. 8, 9. The Court makes no finding as to whether the proofs of service reflect proper service of process upon Defendants. Nonetheless, at face value, based on the dates of purported personal service upon Defendants, the deadline for Defendants to file responsive pleadings to the Complaint has passed and no such pleading has been filed, nor has any request for an extension been filed by any Defendant, nor has any Defendant otherwise appeared.
.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed for failure to prosecute for Plaintiff's failure to seek entry of default against Defendants. Plaintiff may comply with this Order by, within 14 days: (1) filing a fully supported request for the Clerk to enter default against Defendants; or (2) filing a Notice of Dismissal of the action. Further, if Defendants file a proper responsive pleading or the parties file a Joint Stipulation to extend Defendants' time to file a proper responsive pleading within 14 days from the date of this Order, Plaintiff need take no further action as to this Order, and the Order will be automatically discharged in that event. Failure to comply with this Order in a timely manner may result in an order of dismissal of the action for failure to prosecute and/or failure to comply with a Court order under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

Initials of Courtroom Deputy ARO